**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ARTHUR K. CUNNINGHAM, SB# 97506
E-Mail: Arthur.Cunningham@lewisbrisbois.com
STEPHANIE J. TANADA, SBN #257769
E-Mail: Stephanie.Tanada@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendants DEPUTY RICHARD REYES (erroneously named as "DEPUTY REYES"); DEPUTY MATIAS MUNOZ (erroneously named as "DEPUTY MUNOZ") DEPUTY FENG VANG (erroneously named as "DEPUTY VANG")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE KRIEGER, JR.,<br>Plaintiff,<br>vs.<br>REYES, et al.<br>Defendant. | CASE NO. ED16-CV-02240-VBF (JEMx)<br>**NOTICE OF INTERESTED PARTIES** |

TO THIS HONORABLE COURT AND PLAINTIFF PRO SE:

COME NOW Defendants DEPUTY RICHARD REYES (erroneously named as "DEPUTY REYES"); DEPUTY MATIAS MUNOZ (erroneously named as "DEPUTY MUNOZ") and DEPUTY FENG VANG (erroneously named as "DEPUTY VANG") and provide notice of interested parties as follows:

/ / /

/ / /

1. Ronald Krieger, plaintiff
2. County of Riverside
3. Deputy Richard Reyes, defendant
4. Deputy Matias Munoz, defendant
5. Deputy Feng Vang, defendant

DATED: April 21, 2017

ARTHUR K. CUNNINGHAM
STEPHANIE J. TANADA
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ____________________
Stephanie J. Tanada
Attorneys for Defendants DEPUTY RICHARD REYES (erroneously named as "DEPUTY REYES"); DEPUTY MATIAS MUNOZ (erroneously named as "DEPUTY MUNOZ"); DEPUTY FENG VANG (erroneously named as "DEPUTY VANG")

# FEDERAL COURT PROOF OF SERVICE

*KRIEGER vs DEPUTIES YANG, et al.* - Case No. 16-CV-02240-VBF (JEMx)

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 24, 2017, I served the following document: **NOTICE OF INTERESTED PARTIES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**LEGAL MAIL**
Ronald Eugene Krieger, Jr.
CDC#BC1417
NKSP, D2-103
P.O. Box 5005
Delano. CA 93216

Plaintiff In Pro Se

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 24, 2017, at San Bernardino, California.

Debi Roias

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW